**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**Civil Case No.:** 08-753-JO                                             **Date of Proceeding:** 9/16/09

**Case Title:** Cooley v. City of Portland, et al.

**Presiding Judge:** Robert E. Jones          **Courtroom Deputy:** Cindy Schultz, telephone 503-326-8340

**Reporter:** None                                                                                     **Tape No:** ____

**DOCKET ENTRY:**

RECORD OF ORDER:

Stipulated motion (#52) for general judgment of dismissal is moot; order of dismissal (#51) was filed 5/29/09.

**PLAINTIFF'S COUNSEL**          **DEFENDANT'S COUNSEL**

cc:    {  } All counsel

**DOCUMENT NO:** ____
**CIVIL MINUTES**

**Civil Minutes**                                                                          **Honorable Robert E. Jones**
**Revised 4/23/91**